IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00640-GPG

EDWIN LEE VANMAAMEN,

 Plaintiff,

v.

NORTHERN PLAINS TRUCKING,

 Defendant.

## ORDER DRAWING CASE

 After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

 ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

 DATED March 30, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge